FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 0 4 2018

James N. Hatten, Clerk
By: AmCann Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRANDON CHE LEE, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION FILE NO. 1:17-CV-2358-ODE-JFK |
| USP ATLANTA'S WARDEN, and all of the staff involved in this complaint, | : | |
| Defendant. | : | |
| BRANDON CHE LEE, | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO. 1:17-CV-2473-ODE-JFK |
| v. | : | |
| USP ATLANTA'S WARDEN, | : | |
| Defendant. | : | |

ORDER

These pro se civil actions are before the Court on the Final Report and Recommendation of United States Magistrate Judge Janet F. King filed February 27, 2018 [Doc. 2 in -2358; Doc. 3 in -2473] ("R&R"). No objections have been filed.

In the R&R, Judge King recommends that Plaintiff be denied in forma pauperis status and that these actions be dismissed without prejudice. Specifically, Judge King found that Plaintiff, while incarcerated, has filed at least three civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim, and that Plaintiff shows no imminent threat of serious physical injury.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and

order of the Court. For the reasons set forth in the R&R, Plaintiff's request for in forma pauperis status is DENIED and these actions are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this  3  day of April, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE